STATE of Missouri, Respondent,

v.

Kerry L. WRIGHT, Appellant.

No. ED 98276.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 16, 2013.

William J. Swift, Columbia, MO, for appellant.

Chris Koster, Atty. Gen., Robert J. (Jeff) Bartholomew, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, P.J., PATRICIA L. COHEN, J., and KURT S. ODENWALD, J.

## ORDER

PER CURIAM.

The defendant, Kerry L. Wright, appeals the judgment entered by the Circuit Court of Monroe County following his conviction by a jury of felonious restraint, in violation of section 565.120, RSMo 2000; armed criminal action, in violation of section 571.015, RSMo 2000; second-degree domestic assault, in violation of section 565.073, RSMo 2000; and unlawful use of a weapon, in violation of section 571.030, RSMo 2000. The trial court sentenced the defendant as a prior and persistent offender to consecutive terms of imprisonment of seven years each for felonious restraint, armed criminal action, and second-degree domestic assault, and to a concurrent term of four years for unlawful use of a weapon. Finding no error, we affirm.

**36**

An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the trial court's judgment. Mo. Sup.Ct. R. 30.25(b).